UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE LEE (RONALD KING), | ) | No. CV 14-2737 JVS (FFM) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| RICK M. HILL, WARDEN FOLSOM STATE PRISON, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: April 17, 2014

_____
JAMES V. SELNA
United States District Judge